UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

MICHELLE LEE NAIL,

    Debtor.
_____/

THOMAS C. RICHARDSON, Chapter 7 Trustee,

    Plaintiff,

v.

BRANDON YOUNCE,

    Defendant.
_____/

Bankruptcy Case No. 22-01379

Adversary Proceeding No. 22-80070

Case No. 1:23-cv-120

HON. JANE M. BECKERING

## ORDER APPROVING REPORT AND RECOMMENDATION

This matter is before the Court on the Report & Recommendation (ECF No. 1-1) filed by the Honorable Scott W. Dales, Chief United States Bankruptcy Judge, recommending that this Court grant Plaintiff Trustee's motion for default judgment and enter default judgment pursuant to Fed. R. Civ. P. 55. The Report and Recommendation was duly served on the parties. No objections have been filed. Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Bankruptcy Judge (ECF No. 1-1) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff Trustee's Motion for Entry of Default Judgment is GRANTED.

A Default Judgment will be entered consistent with this Order.

Dated: February 16, 2023

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge